# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Ms. Tina RaNee Triggs
2800 Loraine Ave.
Racine WI 53404

v.

(Full name of defendant(s))

Wisconsin Dept. of Corrections
3099 E. Washington Ave
Madison, WI 53707

Case Number:

**20-C-0407**

(to be supplied by Clerk of Court)

---

A. **PARTIES**

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __2800 Loraine Ave, Racine, WI 53404__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Wisconsin Dept. of Corrections__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Racine Youthful Correctional Facility 1501 Albert St. Racine, WI___
(Employer's name and address, if known) 53404.

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I MS Tina R. Triggs, the plaintiff began employment on March 13, 2006 by the Wisconsin Department of Corretions and worked at The Racine Youthful Correctional Facility. During my employment I have been subjected to harrassment. On August 18, 2019 I was removed and reassigned from my job position. I was also denied merit compensation bonus around may 1, 2019. I was discriminated against the bases of age, race, sex and retaliation, as I'm

a 44-year old, African-American Female.
In violation of the Age Discrimination in Employment Act of 1967, as amended, including Section 4(d) and Title VII of the Civil Rights Act of 1964, including Section 704 (a), also Fair Employment WI statue. 111.31.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

    OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I, Ms Tina Triggs seeks damages for the suffering humiliation and medical issues resulting from the actions of workplace/workers. Also I want to damage compensation of the Merit award not recived and my Job position/ on options reinstated.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __16__ day of __March__ 20_20_.

Respectfully Submitted,

_ms Tina R Sugg_
Signature of Plaintiff

_(262) 770-0242_
Plaintiff's Telephone Number

_Tinatnggs@ymail.com_
Plaintiff's Email Address

_2800 Loraine Ave_

_Racine, WI 53404_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.